NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAPID COMPLETIONS LLC,**
*Appellant*

**v.**

**WEATHERFORD INTERNATIONAL LLC, WEATHERFORD/LAMB, INC., WEATHERFORD US, LP, WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC,**
*Appellees*

---

2018-1859, 2018-1860, 2018-1861

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01509, IPR2016-01514, IPR2016-01517.

---

## JUDGMENT

---

WASIF QURESHI, Jackson Walker LLP, Houston, TX, argued for appellant. Also represented by GREGORY J. GONSALVES, Gonsalves Law Firm, Falls Church, VA.

DOUGLAS R. WILSON, Armond Wilson LLP, Austin, TX, argued for appellees. Also represented by MICHELLE

ARMOND, Irvine, CA; LESLIE PAYNE, CHRISTOPHER MICHAEL FIRST, Heim, Payne & Chorush, LLP, Houston, TX.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 6, 2019          /s/ Peter R. Marksteiner
     Date              Peter R. Marksteiner
                       Clerk of Court